IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE REGENTS OF THE UNIVERSITY OF
NEW MEXICO,

        Plaintiff,

vs.                                                       Civ. No. 99-577 JC/WWD

GALEN D. KNIGHT, an individual, et al.,

        Defendants.

### MEMORANDUM OPINION AND ORDER

       This matter comes before the Court upon "Defendant, Counter-Plaintiff's Motion for Order to Compel Disclosures and Discovery for the First Set of Interrogatories, and Motion for Sanctions Against Plaintiff for Obstruction, Evasion, Misrepresentation of Fact, and Failure to Disclose, Answer or Respond" [docket no. 34] filed October 14, 1999. Defendant Knight seeks an order compelling answers to interrogatories numbered 1 through 30. I find that the answers to interrogatories numbered 2, 3, 8, 10, 12, 13, 15, 16, 17, 18, 21, 22, 23, 27, 29, and 30 are responsive; accordingly, no further answer will be required with respect to those interrogatories. Plaintiff's objections to interrogatories numbered 1, 6, 7, 9, 11, and 14 are overruled and full and complete responses should be made to those interrogatories. Plaintiff's objections to interrogatories numbered 4, 5, 19, and 20 are sustained. It appears that the answer to interrogatories numbered 24, 25, 26, and 28 should be made under an appropriate protective order; accordingly, Plaintiff and Defendant are each directed to submit to the undersigned a

proposed protective order addressing the information sought in interrogatories numbered 24, 25, 26 and 28.  After considering the submissions of the parties, I will determine what would be an appropriate order and enter it.  Answers which are required to be made above shall be served upon Defendant on or before <u>December 23, 1999</u>.  Proposed protective orders from the parties shall be submitted to the Court on or before <u>December 17, 1999</u>.

    Discovery shall proceed in accordance with the foregoing.

    **IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE