IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE REGENTS OF THE UNIVERSITY OF
NEW MEXICO,

      Plaintiff,

vs.                                         Civ. No. 99-577 JC/WWD

GALEN D. KNIGHT, et al.,

      Defendant.

## MEMORANDUM OPINION AND ORDER

On December 10, 1999, in a Memorandum Opinion and Order I directed the parties to submit to me proposed Protective Orders dealing with prospective answers to interrogatories numbered 24, 25, 26, and 28 which had been propounded to Plaintiff by Defendant Knight. Defendant Knight has since indicated that the discovery sought in interrogatories 24, 25, 26, and 28 is no longer necessary. Since those interrogatories do not now need to be answered, a proposed protective order is no longer necessary, and the parties do not need to submit such proposed orders to the undersigned.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

                                                    UNITED STATES MAGISTRATE JUDGE