IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE REGENTS OF THE UNIVERSITY OF
NEW MEXICO,

        Plaintiff,

vs.                                                             Civ. No. 99-577 JC/WWD

GALEN D. KNIGHT, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon Defendant and Counterplaintiff Galen D. Knight's "Reply to Plaintiff's Supplemental Answers to Defendant's Motion to Compel Discovery for the First Set of Interrogatories, and Motion for Sanctions Against Plaintiff for Obstruction, Evasion, Misrepresentation of Fact, and Failure to Disclose Answer or Repond" [docket no. 34]. The title of the pleading speaks for itself. Defendant Knight makes a number of assertions of fact and ends these recitations with a prayer for Court sanctions against Plaintiff. Plaintiff makes a valiant attempt to respond to the rambling assertions made by Defendant Knight. I will make no such attempt.

        **WHEREFORE,**

        **IT IS ORDERED** that so much of Defendant Galen D. Knight's "Reply to Plaintiff's Supplemental Answers to Defendant's Motion to Compel Discovery for the First Set of Interrogatories and Motion for Sanctions Against Plaintiff for Obstruction, Evasion,

Misrepresentation of Fact, and Failure to Disclose Answer or Respond" [docket no. 34] as may seek any relief from the Court in the way of sanctions, a motion to compel, or otherwise, be, and it is hereby, DENIED.

                                                                                        UNITED STATES MAGISTRATE JUDGE