IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE REGENTS OF THE UNIVERSITY OF
NEW MEXICO,

      Plaintiff,

vs.                                                                         Civ. No. 99-577 JC/WWD

GALEN D. KNIGHT, and individual, and
TERENCE J. SCALLEN, an individual,

      Defendants.

## MEMORANDUM OPINION AND AMENDED SCHEDULING ORDER

      This matter comes before the Court *sua sponte*. In an order entered on June 28, 2000, by the Honorable John Edwards Conway, the trial judge in this cause, the parties were directed to "submit a proposed amended scheduling order" to the undersigned on or before July 10, 2000. The Special Master states that the deadlines with respect to motion practice and the serving of expert reports have passed. The Special Master also indicates that a number of motions are pending before Chief Judge Conway; and that rulings on these motions could alter the way that this matter will proceed in litigation. In order to allow time for ruling on the pending motions and to make such adjustments as may become necessary as a result of the rulings on the motions, I will amend the following amended deadlines, to wit:

     The parties are directed to file a consolidated final Pretrial Order as follows:
Plaintiff to Defendants on or before January 19, 2001; Defendants to the Court
on or before January 31, 2001.

**IT IS SO ORDERED.**

                                                                              _____
                                                                              United States Magistrate Judge