IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO

    Plaintiff and Counterdefendant

vs.    Cause No.: CIV 99-577 JC/WWD

GALEN D. KNIGHT, an individual;
and TERENCE J. SCALLEN, an individual;

    Defendants and Counterplaintiffs.

## DEFENDANT SCALLEN'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

COMES NOW Defendant Terence J. Scallen, MD., Ph.D. ("Scallen"), *Pro Se*, and files with the Court "Defendant Scallen's Findings of Fact and Conclusions of Law".

For the reasons set forth in the attached "Defendant Scallen's Findings of Fact and Conclusions of Law" Scallen respectfully requests the Court to adopt the attached Order.

Dated this 9th day of June, 2001.

    Respectfully submitted,

    Terence J. Scallen, MD., Ph.D.
    PO. Box 651
    Borrego Springs, CA 92004-0651

    Defendant and Counterplaintiff, *Pro Se*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail on June 9, 2001 to:

Paul Adams
PO. Box 26927
Albuquerque, NM 87125-6927

Sean Olivas
PO. Drawer AA
Albuquerque, NM 87103

Galen D. Knight
3205 Arizona NE
Albuquerque, NM 87110

*Terence J. Scallen*
Terence J. Scallen